NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHIRUNE GREEN, DOC# R77067,               )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D17-1840
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____   )

Opinion filed August 24, 2018.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Howard L. Dimmig, II, Public Defender,
and Ama N. Appiah, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.


KHOUZAM, SALARIO, and BADALAMENTI, JJ., Concur.